JOHNSON, APPELLEE, *v.* THE STATE OF OHIO, APPELLANT.

[Cite as *Johnson v. State*, 136 Ohio St.3d 84, 2013-Ohio-2413.]

(No. 2012–1731—Submitted June 5, 2013—Decided June 13, 2013.)

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded on the authority of *Dunbar v. State*, 136 Ohio St.3d 181, 2013-Ohio-2163, 992 N.E.2d 1111.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Friedman & Gilbert and Terry H. Gilbert, for appellee.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Peter K. Glenn–Applegate, Deputy Solicitor; and Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Brian R. Gutkoski, Assistant Prosecuting Attorney, for appellant.